**STATE of Missouri, Respondent,**

v.

**Jeffrey Scott HARTLEY, Appellant.**

**No. WD 45791.**

Missouri Court of Appeals, Western District.

Aug. 31, 1993.

Brad B. Baker, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Consolidated appeal from convictions of burglary in the first degree, § 569.160, RSMo 1986, and attempted forcible rape, § 566.030, RSMo 1986, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).